IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| RAMON MUNGIA | § | |
| VS. | § | CIVIL ACTION NO. 4:09cv391 |
| GREGORY T. BREWER | § | |

## ORDER OF DISMISSAL

Plaintiff Ramon Mungia, a prisoner confined at the Collin County Detention Facility, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil rights lawsuit. The complaint was referred to United States Magistrate Judge Amos L. Mazzant, who issued a Second Report and Recommendation for the disposition of the lawsuit. The Plaintiff has filed objections.

The Second Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration, and having made a *de novo* review of the objections raised by the Plaintiff to the Report, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections of the Plaintiff are without merit. Therefore the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court. It is accordingly

**ORDERED** that the civil rights complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915A(b)(1). All motions not previously ruled on are **DENIED**.

**SIGNED** this 10th day of November, 2009.


MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE